IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| COREY LAWSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv614-MHT |
| | ) | (WO) |
| ALABAMA HOUSING FINANCE | ) | |
| AUTHORITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| COREY LAWSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv616-MHT |
| | ) | (WO) |
| ROBERT STRICKLAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 29), it is the ORDER, JUDGMENT, and DECREE of the court that these causes are dismissed in their entirety with prejudice and with the parties to bear their own costs.

All pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

These cases are closed.

DONE, this the 18th day of January, 2017.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**